IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

VS.                          CRIMINAL NO. 2:24CR20017-001

TODD PATRICK FENLON                                                     DEFENDANT

## ORDER

Currently before the Court is the Report and Recommendation [ECF 26] filed in this case on December 5, 2024, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be, and hereby is, **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's plea of guilty as to count one (1) of the Indictment is accepted. The written plea agreement will be subject to final approval by the undersigned at sentencing. The Court directs the United States Probation Office to prepare a Presentence Investigation Report in this matter.

IT IS SO ORDERED this 6th day of December, 2024.

                                                   **/s/ Susan O. Hickey**
                                                   SUSAN O. HICKEY
                                                   CHIEF UNITED STATES DISTRICT JUDGE